

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-93,813-01

## EX PARTE MICHAEL KEITH LUERA, JR., Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. A-13,345-A IN THE 173RD DISTRICT COURT
## FROM HENDERSON COUNTY

*Per curiam*. KELLER, P.J. filed a dissenting opinion in which HERVEY, YEARY, and SLAUGHTER, JJ., joined.

### O P I N I O N

Applicant pled guilty to indecency with a child and was placed on deferred-adjudication community supervision for eight years. His community supervision was subsequently revoked, and he was sentenced to four years' imprisonment. The Twelfth Court of Appeals affirmed his conviction. *Luera v. State*, No. 12-09-00101-CR (Tex. App. — Tyler, Feb. 26, 2010). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he is actually innocent, supported by an affidavit from the complainant recanting her allegations against him. Based on the record and after a hearing during

which the complainant testified and recanted her original statements, the trial court has determined that Applicant has established by clear and convincing evidence that it is more likely than not that no reasonable juror would have convicted him in the light of the new evidence.

We agree. Relief is granted. *Ex parte Elizondo*, 947 S.W.2d 202 (Tex. Crim. App. 1996); *Ex parte Tuley*, 109 S.W.3d 388 (Tex. Crim. App. 2002). The judgment in cause number A-13,345 in the 173rd District Court of Henderson County is set aside, and Applicant is remanded to the custody of the Sheriff of Henderson County to answer the charges as set out in the information. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: January 11, 2023
Do not publish